

UNITED STATES DISTRICT COURT
Western 5th DISTRICT OF Texas
Western DIVISION

FILED
JUN 24 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES OF AMERICA,    )
                             )
   Plaintiff - Respondent,   )   USDC Case No: 2:08-CR-01002-AM-1
                             )
   vs.                       )
                             )
Crystal Reyes # 24740280     )   Hon. Alia M. Moses
                             )   United States District Judge
   Defendant - Petitioner.   )

PRO SE MOTION FOR MODIFICATION OF SENTENCE
PURSUANT TO 18 U.S.C. §3582(c)(2)

(Retroactive Guideline Amendment 782)

I hereby respectfully request a modification or reduction of my sentence pursuant to 18 U.S.C. §3582(c)(2) and the new guideline amendment 782 to the United States Sentencing Guidelines, which make a reduction in the base offense level for most drug offenses retroactive as of November 1, 2014.

In support of my motion, I state as follows:

1. I am currently serving a federal term of imprisonment.

2. My sentence was based, at least in part on drugs __yes__ (Yes/No)

3. I was sentenced in the __Western__ District of __Texas__ by Judge __Alia Moses__ on __2/ /__ (date) to a term of __240__ months in prison. My total offense level was __38__ and my criminal history category was __II__.

4. My projected release date is __2_____.

5. I hereby request a court appointed attorney __NO__ (Yes/~~No~~) and permission to proceed in forma pauperis.

Signature of Petitioner _Crystal Reyes_ Date: __6/24/16__

Print or Typed Name: __Crystal Reyes__ Reg. No. __24740-280__

Current Address: __FMC Carswell, PO Box 27162 Fort Worth, Texas 76127__

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was sent via postage prepaid United States Mail to the Office of the U.S. Attorney for the __Western__ District of __Texas__ this __24__ day of __June__, 20__16__.

Signature: _Crystal Reyes_